IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EXPRESS SERVICES, INC. and <br> (2) TRIANGLE STAFFING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> (1) NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and <br> (2) AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendants. | Case No. 2012-CV-00222-R |

## SATISFACTION OF JUDGMENT

The undersigned, as counsel of record for Defendants, National Union Fire Insurance Company of Pittsburgh, PA and American Home Assurance Company (collectively, "Defendants"), hereby acknowledges and certifies full satisfaction of all orders and judgments entered in the above-entitled action entitling Defendants to any sum, including without limitation the Order [Doc. #51] and Amended Judgment [Doc #52] for attorneys' fees dated January 18, 2013, and does hereby authorize and direct the Clerk of the Court to enter full and complete satisfaction of record of said Order and Amended Judgment.

Dated:  April 29, 2013

Respectfully submitted,

RHODES, HIERONYMUS, JONES,
TUCKER & GABLE


By: /s/ Andrew D. Downing
    Ann E. Allison, OBA #13234
    Andrew D. Downing, OBA #16414
    100 W. Fifth Street, Ste. 400
    P.O. Box 21100
    Tulsa, OK 74121-1100\
    (918) 582-1173
    (918) 592-3390 (Facsimile)
    adowning@rhodesokla.com

Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, PA and American Home Assurance Company


## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Robert W. Dace
    bob.dace@mcafeetaft.com

I hereby certify that on April 29, 2013, I served the same document by U.S. Postal Service on the following, who are not registered participants of the ECF system:

    Thomas A. Marrinson
    Reed Smith, LLP
    10 S. Wacker Dr., 40th Floor
    Chicago, IL 60606-7507


/s/ Andrew D. Downing